538

No. 586. NEW YORK, CHICAGO & ST. LOUIS RAILROAD Co. *v.* FRANK. Argued April 2, 1941. Decided April 7, 1941. *Per Curiam:* The judgment is affirmed by an equally divided Court. *Mr. William J. Donovan,* with whom *Messrs. John H. Agate, Ralstone R. Irvine,* and *Harry S. Ridgely* were on the brief, for appellant. *Mr. Louis J. Vorhaus,* with whom *Messrs. David Vorhaus* and *Joseph Fischer* were on the brief, for appellee.

No. 587. TOUCEY *v.* NEW YORK LIFE INSURANCE Co. Argued March 12, 1941. Decided April 7, 1941. *Per Curiam:* The judgment is affirmed by an equally divided Court. *Samuel R. Toucey* submitted, *pro se. Mr. Richard S. Righter,* with whom *Messrs. Samuel W. Sawyer, Horace F. Blackwell, Jr.,* and *Louis H. Cooke* were on the brief, for respondent.

No. 697. WHITE *v.* JOHNSTON, WARDEN. April 7, 1941. *Per Curiam:* The Solicitor General having confessed error, the motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted, the judgment is reversed, and the cause is remanded to the District Court with directions to find the facts specially and state separately its conclusions of law in accordance with Rule 52 (a) of the Rules of Civil Procedure. *Samuel White, pro se.*